Ann M. Cerney, SBN: 068748
Attorneys at Law
45 Hunter Square Plaza
Stockton, California 95202
Telephone: (209) 948-9384
Facsimile: (209) 948-0706

Attorney for Plaintiff

**UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA**

—o0o—

| | |
|---|---|
| PATRICIA A. FREEMAN, | CASE NO. 2:09-CV-02334-DAD |
| Plaintiff, | **ORDER EXTENDING PLAINTIFF'S TIME TO REPLY TO DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

Pursuant to the stipulation of the parties for a requested first extension of Plaintiff's time to reply to Defendant's Opposition to Plaintiff's Motion for Summary Judgment, the request is hereby APPROVED.

Plaintiff shall file her reply on or before August 5, 2010.

IT IS SO ORDERED.

DATED: July 14, 2010.

*/s/ Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.soc sec/freeman2334.stipord.eot.reply